UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :    INDICTMENT

      -v.-                                       :    07 Cr.

SEKOU DORE,

              Defendant.       **07 CRIM 1166**

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

From on or about, May 8, 2006, up to and including on or about March 30, 2007, in the Southern District of New York and elsewhere, SEKOU DORE, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, or was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about June 30, 1998, in the United States District of Rhode Island, for Bank Fraud, in violation of Title 18 U.S.C. Section 1344, a Class B Felony, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_____          8-17-07    _____
FOREPERSON                                  MICHAEL J. GARCIA
                                            United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SEKOU DORE,

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

Post 11-187
12/17/07
Filed Ind;
Ellie 19