# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

January 30, 2008

BY HAND

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  United States v. Sekou Dore
           07 Cr. 1166 (SAS)

Hon. Judge Scheindlin:

    I write to the Court regarding the indictment against Mr. Dore. As the Court is aware, Mr. Dore was not produced today, and I was not in Court at the last status conference. Rather than proceed with a status conference tomorrow, I ask the Court to allow us to appear on Monday, February 4, 2007.

    I make this request so that I can go to the GEO facility in Queens where Mr. Dore is incarcerated, and speak to him with a French interpreter. Unfortunately, I have been unable to do that as I have been at trial since January 7th. A counsel visit would allow me to discuss a disposition with my client. I understand that the government would have no objection to a status conference on February 4th, as long the Court excluded speedy trial time.

    As it would be to my client's benefit and because excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, we request that the status conference be set for February 4th and time be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(8)(A).

*[Handwritten note:]* Conference adjourned to Feb. 4, 2008 at 4:30 pm. Time between today and Feb. 4, 2008 is excluded for purposes of the Speedy Trial Act. So Ordered: [signature] USDJ 1/30/08

If not, the parties are available for a status conference tomorrow at 4:00 p.m.

Respectfully submitted,

Sabrina P. Shroff

cc: Natalie Lamarque, AUSA