UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :
                                    :         07 Cr. 1166 (SAS)
SEKOU DORE,                         :
                                    :
            Defendant.              :
------------------------------------X



ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/08

WHEREAS, the Court is of the opinion, based on representations by counsel for the defendant Sekou Dore, that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his own defense; it is hereby

ORDERED that the defendant be committed to the custody of the Attorney General, who shall designate the defendant to a suitable facility to be designated by the Bureau of Prisons so that a psychiatric examination of the defendant can be conducted to evaluate his mental competency.  It is further

ORDERED that a report, in the form and manner prescribed by 18 U.S.C. section 4274 ( c ) shall be prepared by the examiner designated to conduct the examination at a facility chosen by the Bureau of Prisons, and said report shall be filed with the Court, with copies provided to the defendant's attorney, Sabrina P. Shroff, Esq., Federal Defenders of New York, Inc. 52 Duane Street, 10th Floor, New York, New York 10007, and

the United States Attorney, c/o Asst. United States Attorney Natalie Lamarque, One St. Andrews Plaza, New York, New York, 10007; and it is further

ORDERED that upon filing of said report, the defendant, Sekou Dore shall be returned at a date and time to be set by this Court for further proceedings as made for and provided by 18 U.S.C. section 4241 (c) and (d).

SO ORDERED

Dated:    New York, New York
          March 3, 2008


HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE