UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x

**United States of America,**               :      **NOTICE OF APPEARANCE
                                                   AND REQUEST FOR**
                                            :      **ELECTRONIC NOTIFICATION**

        - v -
                                            :      **07 Cr. 1166 (SAS)**

SEKOU DORE,
                                            :
            Defendant.
                                            :

---------------------------------x

To:   Clerk of Court
      United States District Court
      Southern District of New York


      The undersigned attorney respectfully requests the Clerk to

note her appearance in this case and to add her as a filing user

to whom Notices of Electronic Filing will be transmitted in this

case.




                        Respectfully Submitted,



                        **Sabrina P. Shroff**
                        Assistant Federal Defender
                        52 Duane Street
                        New York, N.Y. 10007
                        (212) 417-8713
                        Sabrina_shroff@fd.org


TO:  Attorneys of Record